**IN THE UNITED STATES**
**DISTRICT COURT**
**FOR THE WESTERN DISTRICT**
**OF MISSOURI**

RECEIVED
2025 FEB 11 PM 2: 11
CLERK U.S. DIST COURT
WESTERN DIST OF MO
KANSAS CITY, MO

| | | |
|---|---|---|
| **ANDREW MCGUIRE,** | § | |
| Plaintiff, | § | |
| | § | Case No. 25-CV-90-FJG |
| v. | § | |
| | § | |
| **QUINTON LUCAS**, in his official | § | |
| and individual capacities, | § | |
| Defendant. | § | |

**PLAINTIFF'S COMPLAINT FOR**

**DECLARATORY RELIEF, INJUNCTIVE RELIEF, AND DAMAGES**

**JURY TRIAL DEMANDED**

## INTRODUCTION

1. Plaintiff **Andrew McGuire** brings this action under **42 U.S.C. § 1983** against **Quinton Lucas**, the Mayor of Kansas City, Missouri, alleging that Defendant **abused his official position to suppress political dissent, retaliate against protected speech, and violate Plaintiff's constitutional rights** under the **First, Fourth, and Fourteenth Amendments**.

2. Defendant **used law enforcement, judicial mechanisms, and government resources** to target Plaintiff **for engaging in lawful political speech, submitting public records requests, and filing legal claims**. This conduct constitutes **unlawful retaliation, abuse of process, and deprivation of constitutional rights**.

## JURISDICTION AND VENUE

3. This Court has **jurisdiction** under **28 U.S.C. §§ 1331 and 1343**, as this case arises under the **United States Constitution** and federal law (**42 U.S.C. § 1983**).

4. Venue is proper under **28 U.S.C. § 1391(b)**, as the events giving rise to this action occurred in **Kansas City, Missouri**, within this Court's jurisdiction.

## PARTIES

5. **Plaintiff Andrew McGuire** is a resident of Jackson County, Missouri, and a **political activist who has publicly criticized Defendant's administration.**

6. **Defendant Quinton Lucas** is the Mayor of Kansas City, Missouri. He is sued **in both his individual and official capacities** for actions taken under color of state law.

---

## FACTUAL BACKGROUND

### A. Plaintiff's Lawful Political Activism and Criticism

7. Plaintiff engaged in **peaceful political activism**, including:
    - Submitting **Missouri Sunshine Law requests** (RSMo § 610.010 et seq.) to obtain government records.
    - Organizing **lawful public demonstrations.**
    - Filing a **federal lawsuit** challenging the City's viewpoint discrimination.
    - **Peaceful Public Dissent** on a social media page used for **Political Purpose.**

8. Defendant **retaliated against Plaintiff's activism,** falsely portraying Plaintiff's lawful conduct as harassment.

### B. Defendant's Retaliatory Use of Law Enforcement and Judicial System

9. Defendant **abused his influence over the Kansas City Police Department (KCPD)** by:
    - Directing officers to **station themselves outside Plaintiff's residence** to intimidate him.
    - Filing **false criminal complaints** alleging harassment without evidence.
    - Using police to **unlawfully enter Plaintiff's property without a warrant.**

10. Defendant **sought an Ex Parte Order of Protection** under false pretenses, immediately after a federal court denied his motion to dismiss Plaintiff's lawsuit. The order:

- **Restricted Plaintiff's movement,** barring him from City Hall and public spaces.
- **Interfered with his ability to litigate his federal case,** violating his access to the courts.

11. The **timing and circumstances** of the protection order demonstrate it was **a retaliatory legal maneuver, not a genuine safety concern.**

---

## CAUSES OF ACTION

### COUNT I – FIRST AMENDMENT RETALIATION (42 U.S.C. § 1983)

12. Plaintiff realleges and incorporates all prior paragraphs.

13. Plaintiff engaged in **protected speech and political activism**.

14. Defendant took **adverse actions** against Plaintiff, including:

- **Weaponizing law enforcement** to harass and surveil Plaintiff.
- **Filing a baseless protection order** to restrict Plaintiff's speech and movement.
- **Blocking access to public buildings**, infringing on Plaintiff's right to petition the government.

15. Defendant's actions were **motivated by Plaintiff's political dissent**, violating the First Amendment.

16. Plaintiff suffered **emotional distress, reputational harm, and financial losses**.

**COUNT II – ABUSE OF PROCESS (FOURTEENTH AMENDMENT, 42 U.S.C. § 1983)**

17. Defendant misused the judicial system **for an improper purpose**—not for genuine protection, but to silence political opposition.

18. Missouri courts prohibit legal actions **filed in bad faith** to harass or obstruct lawful conduct (*State ex rel. Walsh, 540 S.W.2d 137 (Mo. App. 1976)*).

19. Defendant's abuse of process **resulted in undue restrictions on Plaintiff's legal rights**.

**COUNT III – FOURTH AMENDMENT VIOLATION (UNLAWFUL SURVEILLANCE & TRESPASS, 42 U.S.C. § 1983)**

20. Defendant **directed KCPD officers to enter Plaintiff's property without a warrant**, violating the Fourth Amendment.

21. Defendant's conduct **exceeded legal authority and was intended solely to intimidate Plaintiff**.

22. Plaintiff suffered **an unconstitutional invasion of privacy and loss of security in his home**.

**COUNT IV – DUE PROCESS VIOLATION (FOURTEENTH AMENDMENT, 42 U.S.C. § 1983)**

23. Defendant **used legal mechanisms** (protection order and police reports) **to deprive Plaintiff of fundamental rights without due process**.

24. The **protection order was obtained in a manner that prevented Plaintiff from presenting evidence**, violating **procedural due process**.

25. Defendant's **misuse of government resources violated substantive due process**, as no compelling government interest justified these actions.

## REQUESTED RELIEF

WHEREFORE, Plaintiff respectfully requests the following relief:

A. **Declaratory Relief**

- A declaration that Defendant's **actions violated Plaintiff's constitutional rights**.

B. **Injunctive Relief**

- An order **invalidating the protection order** as unconstitutional.
- An injunction **prohibiting Defendant from using city resources to target political opponents**.

C. **Compensatory and Punitive Damages**

- Damages for **emotional distress, reputational harm, and lost income**.
- **Punitive damages** to deter future government abuses.

D. **Attorneys' Fees and Costs**

- As provided under **42 U.S.C. § 1988**, Plaintiff seeks **reasonable attorneys' fees and litigation costs**.

E. **Any Other Relief the Court Deems Just and Proper**.

---

## DEMAND FOR JURY TRIAL

Plaintiff demands a **trial by jury** on all issues so triable.

**Respectfully** submitted,

**Andrew McGuire**
BA History (Cum Laude)
MA Curriculum and Instruction
MA History
3021 Walnut Street
Kansas City, Missouri 64108
(913) 235-2008