# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

RECEIVED

2025 FEB 11 PM 2:11

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff(s):**

First Listed Plaintiff:
ANDREW E MCGUIRE ;
**County of Residence:** Jackson County

**Defendant(s):**

First Listed Defendant:
Quinton Donald Lucas ;
**County of Residence:** Jackson County

**County Where Claim For Relief Arose:** Jackson County

**Plaintiff's Attorney(s):**

Pro Se (ANDREW MCGUIRE)

, Missouri
**Phone:**
**Fax:**
**Email:**

**Defendant's Attorney(s):**

Porto S Caitlin (Quinton Lucas)
Bertram and Gref
2345 Grand Blvd
KANSAS CITY, Missouri 64108
**Phone:** 888-398-2277
**Fax:**
**Email:** Mcguireae@gmail.com

Jason Conkright (Quinton Lucas)
City of Kansas City
414 E 12th Street
Kansas City, Missouri 64106
**Phone:**
**Fax:**
**Email:**

**IFP REQUESTED**

**Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**Citizenship of Principal Parties** (Diversity Cases Only)

**Plaintiff:** N/A

**Defendant:** N/A

**Origin:** 1. Original Proceeding

**Nature of Suit:** 440 All Other Civil Rights

**Cause of Action:** 42 U.S.C. § 1983

**Requested in Complaint**

**Class Action:** Not filed as a Class Action

**Monetary Demand (in Thousands):** 2,000,0000

**Jury Demand:** Yes

**Related Cases:** Is NOT a refiling of a previously dismissed action

---

**Signature:** Andrew McGuire

**Date:** 2-7-25